IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STEVE WARREN, | § | |
|     *Plaintiff,* | § | CASE NO. 1:25-CV-00912-ADA-SH |
| v. | § | |
| NEIL CAMPBELL, | § | |
|     *Defendant.* | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower (Dkt. 31). The report recommends that this Court (1) **GRANT** Plaintiff's Motion to Remand (Dkt. 26) and **REMAND** this case to the 428th Judicial District of Hays County, Texas; (2) **DISMISS** as moot Plaintiff's Motion to Dismiss Without Prejudice (Dkt. 10); and (3) **DISMISS** as moot Plaintiff's Motion to Dismiss Defendants' Counterclaims (Dkt. 18). The report was filed on October 16, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 31) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand (Dkt. 26) is **GRANTED**. This case is hereby **REMANDED** to the 428th Judicial District of Hays County, Texas.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Dismiss Without Prejudice (Dkt. 10) is hereby **DISMISSED** as moot.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Dismiss Defendants' Counterclaims (Dkt. 18) is hereby **DISMISSED** as moot.

**SIGNED** this 5th day of November, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE